UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 23-00806-FWS (ADSx) | Date | August 31, 2023 |
|---|---|---|---|
| Title | Xiyun Jin v. Alejandro Mayorkas et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present   None Present

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on May 8, 2023.  On August 8, 2023, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before August 15, 2023, why this action should not be dismissed for lack of prosecution [10]. Plaintiff has failed to respond to the Court's Order.  Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The court hereby orders all proceedings in the case vacated and taken off calendar.

The Court's Order to Show Cause is hereby DISCHARGED.

_____  :  _____

Initials of Deputy Clerk   mku